1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11
   FARIBA SEPEHRI,                    )    No. C 07-03847 RMW
12                                    )
              Plaintiff,               )
13                                    )
       v.                              )
14                                    )
   MICHAEL CHERTOFF, Secretary;        )   STIPULATION TO EXTEND DATE OF
15 EMILIO T. GONZALEZ, Director of the )   CASE MANAGEMENT CONFERENCE;
   United States Citizenship and Immigration )  AND [PROPOSED] ORDER
16 Services; ROSEMARY MELVILLE,        )
   District Director; FRANK SICILIANO, )
17 Field Office Director Department of )
   Homeland Security; and ROBERT S.    )
18 MUELLER, Director of the Federal Bureau )
   of Investigation,                   )
19                                    )
              Defendants.              )
20 _____)

21     The plaintiff, by and through her attorney of record, and Defendants by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

23     1.  Plaintiff filed this action on or about July 26, 2007.

24     2.  Pursuant to this Court's July 26, 2007 Order Setting the Case Management Conference,

25 the parties are required to file a joint case management statement on October 26, 2007, and attend

26 a case management conference on November 2, 2007.

27     3.  In order to allow sufficient time for Defendants to consider an alternative resolution to

28 this case and prepare a joint case management statement, the parties hereby respectfully ask this

STIPULATION TO EXTEND
No. C 07-03847 RMW

1  Court to extend the dates in the Court's scheduling order as follows:

2     Last day to file Joint ADR Certification:               November 23, 2007

3     Last day to file/serve Joint Case Management Statement: December 7, 2007

4     Case Management Conference:                       December 14, 2007, at 10:30 a.m.

5  Dated: October 12, 2007                           Respectfully submitted,

6                                                   SCOTT N. SCHOOLS
   United States Attorney
7

8                                                   /s/
   MELANIE L. PROCTOR[1]
9                                                  Assistant United States Attorney
   Attorneys for Defendants
10

11
   Dated: October 11, 2007                           /s/
12                                                 CHRISTINA H. LEE
   Attorney for Plaintiff
13

14                                             **ORDER**

15     Pursuant to stipulation, IT IS SO ORDERED.

16

17
   Date:
18                                                  RONALD M. WHYTE
   United States District Judge
19

20

21

22

23

24

25

26

27

28     [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO EXTEND
No. C 07-03847 RMW                    2