1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927
7 |
Attorneys for Defendants

*E-FILED - 10/18/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARIBA SEPEHRI, ) | No. C 07-03847 RMW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary; ) | STIPULATION TO EXTEND DATE OF |
| EMILIO T. GONZALEZ, Director of the ) | CASE MANAGEMENT CONFERENCE; |
| United States Citizenship and Immigration ) | AND [] ORDER |
| Services; ROSEMARY MELVILLE, ) | |
| District Director; FRANK SICILIANO, ) | |
| Field Office Director Department of ) | |
| Homeland Security; and ROBERT S. ) | |
| MUELLER, Director of the Federal Bureau ) | |
| of Investigation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The plaintiff, by and through her attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about July 26, 2007.

2. Pursuant to this Court's July 26, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on October 26, 2007, and attend a case management conference on November 2, 2007.

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and prepare a joint case management statement, the parties hereby respectfully ask this

STIPULATION TO EXTEND
No. C 07-03847 RMW

1  Court to extend the dates in the Court's scheduling order as follows:

2    Last day to file Joint ADR Certification:                  November 23, 2007

3    Last day to file/serve Joint Case Management Statement:  December 7, 2007

4    Case Management Conference:                         December 14, 2007, at 10:30 a.m.

5  Dated: October 12, 2007                      Respectfully submitted,

6                                           SCOTT N. SCHOOLS
7                                           United States Attorney

8                                           /s/
9                                           MELANIE L. PROCTOR[1]
10                                          Assistant United States Attorney
                                         Attorneys for Defendants

11

12 Dated: October 11, 2007                      /s/
                                         CHRISTINA H. LEE
13                                          Attorney for Plaintiff

14                                     **ORDER**

15     Pursuant to stipulation, IT IS SO ORDERED.

16

17

18 Date: 10/18/07                                  /s/ Ronald M. Whyte
                                         RONALD M. WHYTE
19                                          United States District Judge

20

21

22

23

24

25

26

27

28     [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO EXTEND
No. C 07-03847 RMW                2