SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FARIBA SEPEHRI, | ) | No. C 07-03847 RMW |
|     Plaintiff, | ) | |
| v. | ) | |
| MICHAEL CHERTOFF, Secretary; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; ROSEMARY MELVILLE, District Director; FRANK SICILIANO, Field Office Director Department of Homeland Security; and ROBERT S. MUELLER, Director of the Federal Bureau of Investigation, | ) ) ) ) ) ) ) ) ) ) | JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS |
|     Defendants. | ) | |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

    Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack

ADR CERTIFICATION
No. C 07-03847 RMW

1  of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily
2  tax court resources.   Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be
3  removed from the ADR Multi-Option Program and that they be excused from participating in the
4  ADR phone conference and any further formal ADR process.

Dated: November 20, 2007                               Respectfully submitted,

                                                       SCOTT N. SCHOOLS
                                                       United States Attorney


                                                       _____/s/_____
                                                       MELANIE L. PROCTOR[1]
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants


Dated: November 20, 2007                               _____/s/_____
                                                       CHRISTINA H. LEE
                                                       Attorney for Plaintiff

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.


Date:                                                  _____
                                                       RONALD M. WHYTE
                                                       United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
No. C 07-03847 RMW                    2