SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARIBA SEPEHRI, ) | No. C 07-03847 RMW |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary; ) | STIPULATION TO DISMISS; PROPOSED |
| EMILIO T. GONZALEZ, Director of the ) | ORDER |
| United States Citizenship and Immigration ) | |
| Services; ROSEMARY MELVILLE, ) | |
| District Director; FRANK SICILIANO, ) | |
| Field Office Director Department of ) | |
| Homeland Security; and ROBERT S. ) | |
| MUELLER, Director of the Federal Bureau ) | |
| of Investigation, ) | |
| ) | |
|     Defendants. ) | |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of status.

//

///

///

///

STIPULATED DISMISSAL
No. C 07-03847 RMW

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: December 11, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: December 11, 2007

_____/s/_____
CHRISTINA H. LEE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

RONALD M. WHYTE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 07-03847 RMW                    2