SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

*E-FILED - 12/12/07*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARIBA SEPEHRI,<br><br>          Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; ROSEMARY MELVILLE, District Director; FRANK SICILIANO, Field Office Director Department of Homeland Security; and ROBERT S. MUELLER, Director of the Federal Bureau of Investigation,<br><br>          Defendants. | No. C 07-03847 RMW<br><br>STIPULATION TO DISMISS; ORDER |

     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of status.

//

///

///

///

STIPULATED DISMISSAL
No. C 07-03847 RMW

1  Each of the parties shall bear their own costs and fees.

2  Dated: December 11, 2007               Respectfully submitted,

3                                          SCOTT N. SCHOOLS
                                           United States Attorney
4

5                                              /s/
                                           MELANIE L. PROCTOR[1]
6                                          Assistant United States Attorney
                                           Attorneys for Defendants
7

8
   Dated: December 11, 2007                    /s/
9                                          CHRISTINA H. LEE
                                           Attorney for Plaintiff
10

11                        **ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.

13

14
    Date: 12/12/07                        *Ronald M. Whyte*
15                                         RONALD M. WHYTE
                                           United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 07-03847 RMW                    2